UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ON BEHALF OF ITS AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, | ) <br> ) Case No.: 14-cv-2679 <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| WILLIAM P. BUTCHER AS SPECIAL REPRESENTATIVE OF THE ESTATES OF MARY E. ZIMMERLI AND JOHN H. ZIMMERLI; JUDITH HOGAN; UNKNOWN HEIRS AND LEGATTEES OF MARY E. ZIMMERLI; UNKNOWN HEIRS AND LEGATEES OF JOHN H. ZIMMERLI; AND UNKNOWN OWNERS AND NON-RECORD CLAIMANTS, | ) Judge: Robert W. Gettleman <br> ) <br> ) <br> ) <br> ) <br> ) Assigned Magistrate Judge: <br> ) Daniel G. Martin <br> ) |
| Defendants. | ) |

## **MOTION FOR ENTRY OF JUDGMENT OF FORECLOSURE**

NOW COMES, Plaintiff, UNITED STATES OF AMERICA, ON BEHALF OF ITS

AGENCY, SECRETARY OF U.S. DEPARTMENT OF HOUSING AND URBAN

DEVELOPMENT, by and through its attorneys, Potestivo & Associates, P.C., and moves

this Honorable Court, for the Entry of a Judgment of Foreclosure.

In support, attached please find Plaintiff's Affidavit of Prove-Up. (See Exhibit "1",

Affidavit).

Respectfully submitted,

ZACHARY T. FARDON

United States Attorney

By: *s/Caleb J. Halberg*
    CALEB J. HALBERG
    Attorney for the United States
    223 W. Jackson Blvd., Suite 610
    Chicago, IL 60606
    (312) 263-0003
    chalberg@potestivolaw.com

## CERTIFICATE OF SERVICE

      I, Caleb J. Halberg , certify that a true and correct copy of the foregoing **Motion for Entry of Judgment of Foreclosure** was served upon counsel of record, if any, through operation of the Court's Case Management/Electronic Case Files system on June 23, 2014, and on the following non-ECF filers by first class mailing on June 24, 2014:

William P. Butcher as Special Representative
of the Estates of Mary E. Zimmerli and
John H. Zimmerli
2044 Ridge Road
Homewood, IL 60430

Judith Hogan
104 W Commanche
Shabbona, IL  60550

Unknown Heirs and Legatees of the
Estates of Mary E. Zimmerli and
John H. Zimmerli
364 Gertrude Street
Elgin, IL 60123

Unknown Owners and Non-Record Claimants
364 Gertrude Street
Elgin, IL  60123

                           *s/Caleb J. Halberg*
                           CALEB J. HALBERG
                           Attorney for the United States
                           223 W. Jackson Blvd., Suite 610
                           Chicago, IL 60606
                           (312) 263-0003
                           chalberg@potestivolaw.com